DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MYSCHOOL, INC., a Nevada Corporation; JOSEPH CARPENTER, an individual,

Plaintiffs,

vs.

JUDD LILLESTRAND, an individual; MATTHEW GOATCHER, an individual; ANGELES CREST WEB, LLC; Doe Individuals I through X, and Roe Corporations I through X,

Defendants.

Case No.: 2:15-cv-01797-JCM-CWH

**STATEMENT CONCERNING REMOVAL**

Defendants Matthew Goatcher,[1] Angeles Crest Web, LLC ("ACW"),[2] and Judd Lillestrand[3] (collectively, "Defendants") respectfully submit this Statement Concerning Removal.

**1. The date(s) on which you were served with a copy of the complaint in the removed action.**

Mr. Goatcher was served with a copy of the complaint in California on September 10, 2015. Single copies of the complaint and a summons were left at his residence in California. Mr. Goatcher is the mananging member and sole member of ACW. Mr. Lillestrand's mother-in-law was served

[1] On September 21, 2015, Mr. Goatcher filed a motion to dismiss due to a lack of personal jurisdiction. (ECF No. 4.)

[2] On September 24, 2015, ACW filed a motion to dismiss due to a lack of personal jurisdiction and improper service of process. (ECF No. 5.)

[3] Mr. Lillestrand has not yet appeared in this action and does not consent to jurisdiction in Nevada. He will be filing a motion to dismiss due to a lack of personal jurisdiction and improper service of process.

with a copy of the complaint at her residence in California on September 21, 2015. Mr. Lillestrand has not been personally served with a copy of the complaint.

**2. The date(s) on which you were served with a copy of the summons.**

On September 10, 2015, Mr. Goatcher was served in California with a single summons addressed "to the Defendant(s)". (*See* ECF No. 5-3, Summons.) Because Plaintiffs did not obtain a separate summons for ACW and did not serve Mr. Goatcher with a separate summons directed to ACW, ACW contends it has not been properly served with a summons and has filed a pending motion to dismiss. (*See* ECF No. 5, ACW's Motion to Dismiss, at 5:24 – 7:5.) Mr. Lillestrand's mother-in-law was served with a summons at her residence in California on September 21, 2015. Mr. Lillestrand has not been personally served with a summons.

**3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.**

Defendants respectfully direct this Court to the sections of Mr. Goatcher's Notice of Removal addressing these issues. (*See* ECF No. 1 at 2:22 – 3:24, 4:1 – 5:5.) As explained therein, Defendants are citizens of California, Plaintiffs are citizens of Nevada, and Plaintiffs claim they were overbilled by approximately $55,000.00 and also request punitive damages, which could total $300,000.00 under Nev. Rev. Stat. § 42.005(1)(b).

**4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

Not applicable.

**5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

Not applicable.

**6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

Mr. Goatcher was the first Defendant served and filed the Notice of Removal.[4] All Defendants consented to the removal of this action. (*See* ECF No. 1, pg. 2, ¶ 5.)

DATED this 5th day of October, 2015.

CARBAJAL & MCNUTT, LLP

*/s/ Matt Wolf*
DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101

Attorneys for Defendants

[4] As explained in ACW's pending motion to dismiss, ECF No. 5, ACW contends it has not been properly served. Mr. Goatcher understood the single summons that was served upon his residence to have been directed to him alone in his individual capacity. (ECF No. 5-1, ¶ 10.)

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on the 5th day of October, 2015, I caused service of the foregoing **STATEMENT CONCERNING REMOVAL** by mailing a copy by United States Postal Service, postage prepaid and/or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address and e-mail:

Robert Z. DeMarco
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs

*/s/ Lisa Heller*
Employee of Carbajal & McNutt, LLP