ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MYSCHOOL, INC., a Nevada Corporation;
JOSEPH CARPENTER, an individual,

    Plaintiffs,

Case No.: 2:15-cv-01797-JCM-CWH

JUDD LILLESTRAND, an individual;
MATTHEW GOATCHER, an individual;
ANGELES CREST WEB, LLC;
Doe Individuals I through X, and
Roe Corporations I through X,

    Defendants.

**STIPULATION AND ORDER TO SET OMNIBUS RESPONSE AND REPLY DEADLINES REGARDING MOTIONS TO DISMISS FILED BY DEFENDANTS MATTHEW GOATCHER (DKT 4); ANGELES CREST WEB, LLC (DKT 5); AND JUDD LILLESTRAND**

It is hereby stipulated and agreed, by and between, Robert Z. DeMarco, Esq., attorney for Plaintiffs, and Daniel R. McNutt, Esq. and Matthew C. Wolf, Esq., attorneys for Defendants:

1. That Plaintiffs shall have up to and until **November 2, 2015** to file an omnibus response to: Defendants' Motions to Dismiss (Dkt 4) (Goatcher) and (Dkt 5) (Angeles Crest Web, LLC) and any motion to dismiss filed by Defendant Lillestrand on or before October 12, 2015.

1

2. That Defendants shall have up to and until **November 16, 2015** to file an omnibus reply to: Plaintiffs' omnibus response.

3. This stipulation is entered into to save the parties additional time and expenses, as well as in the interest of judicial economy by providing the Court with a single omnibus response and reply from the parties.

It is so stipulated.

Dated this 7th day of October, 2015.

/s/_____
ROBERT Z. DEMARCO, ESQ. (SBN 12359)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.:(702) 384-5563 / Fax.: (702) 598-1425
Attorney for Plaintiffs

/s/_____
DANIEL MCNUTT, ESQ. (SBN 7815)
MATTHEW WOLF, ESQ. (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, NV 89101
Tel.: (702) 384-1170
Attorneys for Defendants

## **[PROPOSED] ORDER**

Based upon the foregoing stipulation, and with good cause appearing,

**IT IS SO ORDERED.**

Dated October 8, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

/s/_____
ROBERT Z. DEMARCO, ESQ. (SBN 12359)
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs