DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MYSCHOOL, INC., a Nevada Corporation; JOSEPH CARPENTER, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JUDD LILLESTRAND, an individual; MATTHEW GOATCHER, an individual; ANGELES CREST WEB, LLC; Doe Individuals I through X, and Roe Corporations I through X,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-01797-JCM-CWH<br><br>**JOINT STATUS REPORT** |

Plaintiffs Myschool, Inc. ("Myschool") and Joseph Carpenter ("Plaintiffs") and Defendants Judd Lillestrand, Matthew Goatcher, and Angeles Crest Web, LLC ("ACW") (Lillestrand, Goatcher, and ACW are collectively "Defendants") ("Plaintiffs" and "Defendants" are collectively the "Parties") respectfully submit their joint status report.

**1.     Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

On September 21, 2015, Mr. Goatcher filed a motion to dismiss the complaint in its entirety due to a lack of personal jurisdiction. (ECF No. 4, the "Goatcher Motion.") On September 24, 2015, ACW filed a motion to dismiss the complaint in its entirety due to a lack of personal jurisdiction and improper service of process. (ECF No. 5, the "ACW Motion.") On October 9, 2015, Mr. Lillestand filed a motion to dismiss the complaint in its entirety due to a lack of personal jurisdiction and improper service of process. (ECF No. 12,

the "Lillestrand Motion") (collectively, the Goatcher Motion, ACW Motion, and Lillestrand Motion are the "Motions to Dismiss.")  Plaintiff's Opposition to the Motions to Dismiss is due on November 2, 2015, and Defendants' Reply is due on November 16, 2015.

On October 13, 2015, Defendants filed an emergency motion to stay all discovery pending a decision on their Motions to Dismiss (hereinafter, the "Stay Motion").  (ECF No. 14.)  On October 14, 2015, the Court said the Stay Motion does not warrant emergency relief and will be briefed and heard in ordinary course.  (ECF No. 15.)

**2.      Include a statement by counsel of action required to be taken by this court.**

At this time, the actions for this Court are to rule upon the Motions to Dismiss and the Stay Motion.

**3.      Include as attachments copies of any pending motions, responses and replies thereto, and any prior court orders or other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court. Please note that documents filed in the state case are not available to this court for review unless they are attached to the Petition for Removal, the Statement Regarding Removal, or re−filed in federal court.**

None.

Plaintiffs will be filing responses to the pending motions pursuant to the briefing schedule outlined in Docket #9 as well as to the Motion to Stay.

DATED October 20, 2015.                              DATED October 20, 2015.

CARBAJAL & MCNUTT, LLP                        CHESNOFF & SCHONFELD

*/s/ Matt Wolf*                                                    */s/ Robert DeMarco*
DANIEL R. MCNUTT (SBN 7815)              ROBERT Z. DEMARCO (SBN 12359)
MATTHEW C. WOLF (SBN 10801)          520 South Fourth Street
625 South Eighth Street                                Las Vegas, NV 89101
Las Vegas, Nevada 89101                           Tel.: (702) 384-5563
Tel.: (702) 384-1170 / Fax: (702) 384-5529    rdemarco@cslawoffice.net
drm@cmlawnv.com
mcw@cmlawnv.com                                   Attorney for Plaintiffs

Attorneys for Defendants

**CERTIFICATE OF MAILING**

     I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on October 20, 2015, I caused service of the foregoing **JOINT STATUS REPORT** by mailing a copy by United States Postal Service, postage prepaid and/or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address and e-mail:

Robert Z. DeMarco
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada  89101
Attorney for Plaintiffs

                                            */s/ Lisa Heller*
                                            Employee of Carbajal & McNutt, LLP