1  DANIEL R. MCNUTT (SBN 7815)
   MATTHEW C. WOLF (SBN 10801)
2  CARBAJAL & MCNUTT, LLP
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Tel.: (702) 384-1170 / Fax: (702) 384-5529
4  drm@cmlawnv.com
   mcw@cmlawnv.com
5
   Attorneys for Defendants
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

MYSCHOOL, INC., a Nevada Corporation; JOSEPH CARPENTER, an individual,

    Plaintiffs,

vs.

JUDD LILLESTRAND, an individual; MATTHEW GOATCHER, an individual; ANGELES CREST WEB, LLC; Doe Individuals I through X, and Roe Corporations I through X,

    Defendants.

Case No.: 2:15-cv-01797-JCM-CWH

**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE**

COMES NOW, Plaintiffs MYSCHOOL, INC., and JOSEPH CARPENTER, and Defendants, JUDD LILLESTRAND, MATTHEW GOATCHER, and ANGELES CREST WEB, LLC (hereinafter collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, and hereby stipulate to dismiss the Complaint on file in Case No. 2:15-cv-01797-JCM-CWH filed against said Defendants, and therefore, dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41. Said Complaint was previously filed in the Eighth Judicial District Court, Clark County, Nevada, under Case No. A-15-722756-C, and was removed to this Court on or about September 18, 2015.

Each party shall bear their own attorney's fees and costs. This stipulation is jointly drafted and submitted by the Parties.

DATED December 11, 2015.   DATED December 11, 2015.

CARBAJAL & MCNUTT, LLP   CHESNOFF & SCHONFELD

*/s/ M.H. Wolf*   */s/ R. DeMarco*

DANIEL R. MCNUTT (SBN 7815)   ROBERT Z. DEMARCO (SBN 12359)
MATTHEW C. WOLF (SBN 10801)   520 South Fourth Street
625 South Eighth Street   Las Vegas, NV 89101
Las Vegas, Nevada 89101   Tel.: (702) 384-5563
Tel.: (702) 384-1170 / Fax: (702) 384-5529   rdemarco@cslawoffice.net
drm@cmlawnv.com
mcw@cmlawnv.com   Attorney for Plaintiffs

Attorneys for Defendants

IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2015

2